Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
STEVEN CALENZO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CALENZO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FMA ALLIANCE, LP<br><br>　　　　　Defendant(s), | Case No.: 23-cv-00179-AJB-NLS<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Hon. Magistrate Nita L. Stomes |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff STEVEN CALENZO ("Plaintiff") and FMA ALLIANCE, LP, ("Defendant") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

　　　Plaintiff intends to file a request for dismissal with prejudice as to all

Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: February 28, 2023,      By:     *s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On February 28, 2023, I served the following documents:

☒ NOTICE OF SETTLEMENT

By the following method(s):

☒ US Mail: On February 28, 2023, I placed a copy of the document(s) described above for collection and mailing following our ordinary business practices. I am readily familiar with these practices. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the US Postal Service in a sealed envelope with postage fully prepaid.

On: Chinasa Ogbureke. Esq.
FMA Alliance. Ltd.
12339 Cutten Rd. Houston TX 77066

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 28, 2023,   By:   s/ Ahren A. Tiller
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff